■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY REYES, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 5, 1977, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and sentencing him to a prison term of four years to life. Judgment modified, as a matter of discretion in the interest of justice, by reducing the minimum period of the sentence to two years. As so modified, judgment affirmed. The small amount of drugs involved and the circumstances surrounding the sale require a reduction in the defendant's sentence to the extent indicated herein. Hopkins, J. P., Martuscello, Rabin and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD JAMES, Appellant, v STEPHEN DALSHEIM, as Superintendent of the Ossining Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Westchester County, entered March 13, 1978, which, *inter alia,* dismissed the petition. Judgment affirmed, without costs or disbursements. Under the circumstances, the petitioner failed to demonstrate that he was denied his right to a prompt parole revocation hearing. The delay complained of was partially attributable to his own conduct and was not unreasonable. Mollen, P. J., Latham, Damiani and Suozzi, JJ., concur.